**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 15-1471**

---

PYLORD P. DOE, M.D.,

        Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA, for the Department of Human Health
Services,

        Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Theodore D. Chuang, District Judge.
(8:14-cv-01441-TDC)

---

Submitted:  July 23, 2015          Decided:  July 27, 2015

---

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Pylord P. Doe, Appellant Pro Se.  Rebecca Ann Koch, Assistant
United States Attorney, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pylord P. Doe, M.D., appeals the district court's order granting Appellee's motion to dismiss and dismissing Doe's civil action on res judicata grounds and for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Doe v. United States, No. 8:14-cv-01441-TDC (D. Md. Mar. 27, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED